CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
ALEXANDER L. NOWINSKI, SBN 304967
Email: anowinski@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax: 916.443-2124

Attorneys for Defendants,
COUNTY OF SACRAMENTO and
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT

KEVIN W. HARRIS SBN 133084
Attorney at Law
1387 Garden Hwy., Ste. 200
Sacramento, CA 95833
Tel.: (916) 271-0688
Fax: (855) 800-4454

Attorney for Plaintiff,
CHONG VANG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONG VANG,<br><br>                  Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SGT. ERIN McATEE; DEPUTY RYAN TRAPANI (BADGE No. 1395); DEPUTY NICK SHEEHAN (BADGE No. 524); DEPUTY WRIGHT (BADGE No. 32); DEPUTY JACOB THRALL (BADGE No. 1215); DEPUTY CHILANG (BADGE No. 1399) and DOES 1 – 40,<br><br>                  Defendants. | No.: 2:15-cv-02468 JAM EFB<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT COUNTY OF SACRAMENTO'S TIME TO RESPOND TO THE COMPLAINT** |

WHEREAS on May 26, 2015, an action was commenced in the Superior Court of the State of California for the County of Sacramento, entitled Chong Vang, Plaintiff vs. County of

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO RESPOND;
[PROPOSED] ORDER THEREON
Case No.  2:15-cv-02468 JAM EFB

1

Sacramento, et al., Defendants, Case No. 34-2015-00179654;

WHEREAS on November 30, 2015, Plaintiff's complaint was removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(a);

WHEREAS the case was assigned to United States District Judge John A. Mendez;

WHEREAS Judge Mendez's standing order on filing requirements requires counsel contemplating the filing of any motion to meet and confer on substance and potential resolution;

WHEREAS Defendant's counsel Alexander Nowinski and Wendy Motooka contacted Plaintiff's counsel Kevin Harris by phone on the afternoon of  November 30, 2015, to discuss Defendant's contemplated response;

WHEREAS counsel for Plaintiff and Defendant County agreed on a desire to avoid unnecessary motions practice, assess and review the pleadings, and discuss resolution of the case;

WHEREAS the deadline for Defendant to respond to the Complaint was originally December 7, 2015;

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1. Upon the Court's approval of this stipulation, Defendant shall have thirty (30) days in which to file a responsive pleading in any manner authorized by Rule 12 of the Federal Rules of Civil Procedure.  Defendants' deadline to file a response is extended until **January 6, 2016**.

IT IS SO STIPULATED.

DATE:  December 1, 2015                           CREGGER & CHALFANT LLP


/s/ Alexander L. Nowinski
ROBERT L. CHALFANT
ALEXANDER L. NOWINSKI
Attorneys for Defendants County of Sacramento and Sacramento County Sheriff's Department


DATE: December 1, 2015                            /s/ Kevin W. Harris
KEVIN W. HARRIS
Attorney for Plaintiff Chong Vang

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO RESPOND;
[PROPOSED] ORDER THEREON
Case No.  2:15-cv-02468 JAM EFB

2

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Defendant County of Sacramento shall have until January 6, 2016, to respond to Plaintiff's Complaint in any manner authorized by Rule 12 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATE: 12/1/2015                    /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO RESPOND;
[PROPOSED] ORDER THEREON
Case No.  2:15-cv-02468 JAM EFB

3