CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
ALEXANDER L. NOWINSKI, SBN 304967
Email: anowinski@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax: 916.443-2124

Attorneys for Defendants,
COUNTY OF SACRAMENTO and
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT

KEVIN W. HARRIS SBN 133084
Attorney at Law
1387 Garden Hwy., Ste. 200
Sacramento, CA 95833
Tel.: (916) 271-0688
Fax: (855) 800-4454

Attorney for Plaintiff,
CHONG VANG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONG VANG, | No.: 2:15-cv-02468 JAM EFB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEFENDANT COUNTY OF SACRAMENTO'S TIME TO RESPOND TO THE COMPLAINT** |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SGT. ERIN McATEE; DEPUTY RYAN TRAPANI (BADGE No. 1395); DEPUTY NICK SHEEHAN (BADGE No. 524); DEPUTY WRIGHT (BADGE No. 32); DEPUTY JACOB THRALL (BADGE No. 1215); DEPUTY CHILANG (BADGE No. 1399) and DOES 1 – 40, | |
| Defendants. | |

WHEREAS on May 26, 2015, an action was commenced in the Superior Court of the State of California for the County of Sacramento, entitled Chong Vang, Plaintiff vs. County of

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO RESPOND;
[PROPOSED] ORDER THEREON
Case No.  2:15-cv-02468 JAM EFB

1

Sacramento, et al., Defendants, Case No. 34-2015-00179654;

WHEREAS on November 30, 2015, Plaintiff's complaint was removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(a);

WHEREAS the case was assigned to United States District Judge John A. Mendez;

WHEREAS pursuant to the Court's standing order on filing requirements, counsel for Plaintiff and Defendant County met and conferred by phone on November 30, 2015, and by letter on December 1, 2015, and agreed on a desire to avoid unnecessary motions practice and discuss resolution of the case;

WHEREAS counsel stipulated and this Court so ordered that Defendants' deadline to file a response be extended from December 7, 2015, to January 6, 2016;

WHEREAS counsel for Plaintiff and Defendant County are engaged in sincere and earnest settlement negotiation;

WHEREAS counsel for Defendant County received Plaintiff's December 19, 2015, settlement offer and supporting materials over the holiday and have been unable to confer meaningfully with various necessary agents of client County;

WHEREAS counsel for Defendant County has been unable to contact numerous individual Defendants in order to seek permission to accept service;

WHEREAS counsel for the parties maintain their wish to avoid unnecessary motions practice and pursue resolution of this matter;

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1. Upon the Court's approval of this stipulation, Defendant shall have sixty (60) days in which to file a responsive pleading in any manner authorized by Rule 12 of the Federal Rules of Civil Procedure.  Defendants' deadline to file a response is extended until **March 7, 2016**.

//

//

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO RESPOND;
[PROPOSED] ORDER THEREON
Case No.  2:15-cv-02468 JAM EFB

2

IT IS SO STIPULATED.

DATE: January 4, 2016　　　　　　　　　CREGGER & CHALFANT LLP

/s/ Alexander L. Nowinski
ROBERT L. CHALFANT
ALEXANDER L. NOWINSKI
Attorneys for Defendants County of Sacramento and Sacramento County Sheriff's Department

DATE: January 4, 2016　　　　　　　　　/s/ Kevin W. Harris
KEVIN W. HARRIS
Attorney for Plaintiff Chong Vang

## ORDER

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Defendants County of Sacramento and Sacramento County Sheriff's Department shall have until March 7, 2016, to respond to Plaintiff's Complaint in any manner authorized by Rule 12 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATE: 1/5/2016　　　　　　　　　/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO RESPOND; [PROPOSED] ORDER THEREON
Case No.  2:15-cv-02468 JAM EFB

3

# PROOF OF SERVICE

**CASE:** Chong Vang v. County of Sacramento, et al.
**NO.:** U. S. District Court, Eastern Dist. Cal. No. 2:15-cv-02468 JAM EFB

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 701 University Avenue, Suite 110, Sacramento, CA 95825.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT COUNTY OF SACRAMENTO'S TIME TO RESPOND TO THE COMPLAINT** on all parties in said action as addressed below by causing a true copy thereof to be:

 x   **placed in a sealed envelope** with first class postage thereon fully prepaid in a designated area for outgoing mail;

 __   **delivered by hand**;

 __   **telecopied by facsimile;**

 __   **express mailed by overnight delivery**.

Attorneys for Plaintiff
Kevin W. Harris
1387 Garden Hwy., Ste. 200
Sacramento, CA 95833
Telephone:   (916) 271-0688
Fax:         (855) 800-4454

Ryan P. Friedman
Friedman Law Firm, Inc.
1383 Garden Hwy., Ste. 200
Sacramento, CA 95833
Telephone:   (916) 800-4454
Fax:         (855) 800-4454

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this January 5, 2016 at Sacramento, California.

/s/ Janelle C. Fluken
Janelle C. Fluken

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO RESPOND;
[PROPOSED] ORDER THEREON
Case No.  2:15-cv-02468 JAM EFB

4