1   CREGGER & CHALFANT LLP
    ROBERT L. CHALFANT, SBN 203051
2   Email:  rlc@creggerlaw.com
    WENDY MOTOOKA, SBN 233589
3   Email:  wm@creggerlaw.com
    701 University Avenue, Suite 110
4   Sacramento, CA 95825
    Phone: 916.443-4443
5   Fax:  916.443-2124

6   Attorneys for Defendants,
    COUNTY OF SACRAMENTO; SACRAMENTO
7   COUNTY SHERIFF'S DEPARTMENT; SGT.
    ERIN McATEE; DEPUTY RYAN TRAPANI;
8   DEPUTY NICK SHEEHAN; DEPUTY WRIGHT;
    DEPUTY JACOB THRALL; DEPUTY CHILANG
9
    KEVIN W. HARRIS SBN 133084
10  Attorney at Law
    1387 Garden Hwy., Ste. 200
11  Sacramento, CA 95833
    Tel.: (916) 271-0688
12  Fax: (855) 800-4454

13  Attorney for Plaintiff,
    CHONG VANG
14

15          **UNITED STATES DISTRICT COURT**

16          **EASTERN DISTRICT OF CALIFORNIA**

17

18  CHONG VANG,                          No.:  2:15-cv-02468 JAM EFB

19              Plaintiff,
                                         **STIPULATION AND ORDER TO EXTEND**
20      vs.                              **DEFENDANTS' TIME TO RESPOND TO**
                                         **THE COMPLAINT**
21  COUNTY OF SACRAMENTO;
    SACRAMENTO COUNTY SHERIFF'S
22  DEPARTMENT; SGT. ERIN McATEE;
    DEPUTY RYAN TRAPANI (BADGE No.
23  1395); DEPUTY NICK SHEEHAN
    (BADGE No. 524); DEPUTY WRIGHT
24  (BADGE No. 32); DEPUTY JACOB
    THRALL (BADGE No. 1215); DEPUTY
25  CHILANG (BADGE No. 1399) and DOES
    1 – 40,
26
                Defendants.
27

28          WHEREAS on May 26, 2015, an action was commenced in the Superior Court of the

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO RESPOND;
[PROPOSED] ORDER THEREON                              1
Case No.  2:15-cv-02468 JAM EFB

1    State of California for the County of Sacramento, entitled Chong Vang, Plaintiff vs. County of

2    Sacramento, et al., Defendants, Case No. 34-2015-00179654;

3         WHEREAS on November 30, 2015, Plaintiff's complaint was removed to this Court by

4    Defendant County of Sacramento pursuant to 28 U.S.C. § 1441(a);

5         WHEREAS the case was assigned to United States District Judge John A. Mendez;

6         WHEREAS pursuant to the Court's standing order on filing requirements, counsel for

7    Plaintiff and Defendant County met and conferred by phone on November 30, 2015, and by letter

8    on December 1, 2015, and agreed on a desire to avoid unnecessary motions practice and discuss

9    resolution of the case;

10        WHEREAS counsel stipulated and this Court so ordered that Defendants' deadline to file

11   a response be extended from December 7, 2015, to January 6, 2016;

12        WHEREAS counsel again stipulated and this Court so ordered that Defendants' deadline

13   to file a response be extended from January 6, 2016 to March 7, 2016;

14        WHEREAS counsel for the parties have been engaged in ongoing discussions regarding

15   the merits of Plaintiff's claims and the grounds for dismissal that will be pursued in the event

16   Defendants file a motion pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6);

17        WHEREAS the parties are currently working on resolving issues regarding dismissing

18   causes of action and/or the filing of an Amended Complaint, but need additional time to discuss

19   these issues;

20        WHEREAS counsel for Plaintiff and Defendants are still also engaged in sincere and

21   earnest settlement negotiations and maintain their wish to avoid unnecessary motions practice and

22   pursue resolution of this matter;

23        THEREFORE, the parties hereby stipulate, by and through their counsel of record, as

24   follows:

25   1.   Upon the Court's approval of this stipulation, the Defendants shall have sixty (60) days in

26        which to file a responsive pleading in any manner authorized by Rule 12 of the Federal

27        Rules of Civil Procedure.  Defendants' deadline to file a response is extended until **May 9,**

28        **2016**.

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO RESPOND;
[PROPOSED] ORDER THEREON                    2
Case No.  2:15-cv-02468 JAM EFB

1

2    //

3        IT IS SO STIPULATED.

4

5    DATE:  March 4, 2016                    CREGGER & CHALFANT LLP

6

7                                            /s/ Robert L. Chalfant
                                             ROBERT L. CHALFANT
8                                            WENDY MOTOOKA
                                             Attorneys for Defendants County of Sacramento;
9                                            Sacramento County Sheriff's Department; Sgt. Erin
                                             McAtee; Deputy Ryan Trapani; Deputy Nick
10                                           Sheehan; Deputy Wright; Deputy Jacob Thrall;
                                             Deputy Chilang
11

12

13   DATE: March 4, 2016                     /s/ Kevin W. Harris
                                             KEVIN W. HARRIS
14                                           Attorney for Plaintiff Chong Vang

15

16

17                                   **ORDER**

18        After considering the Stipulation by and between the parties through their counsel of record,

19   IT IS HEREBY ORDERED THAT:

20        1.  Defendants shall have until May 9, 2016, to respond to Plaintiff's Complaint in any

21            manner authorized by Rule 12 of the Federal Rules of Civil Procedure.

22

23   **IT IS SO ORDERED.**

24

25

26   DATE: 3/4/2016                          /s/ John A. Mendez
                                             HON. JOHN A. MENDEZ
27                                           UNITED STATES DISTRICT COURT JUDGE

28

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO RESPOND;
[PROPOSED] ORDER THEREON                     3
Case No.  2:15-cv-02468 JAM EFB