1  CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, SBN 203051
2  Email: rlc@creggerlaw.com
   701 University Avenue, Suite 110
3  Sacramento, CA 95825
   Phone: 916.443-4443
4  Fax:  916.443-2124

5  Attorneys for Defendants,
   COUNTY OF SACRAMENTO; SACRAMENTO
6  COUNTY SHERIFF'S DEPARTMENT; SGT.
   ERIN McATEE; DEPUTY RYAN TRAPANI;
7  DEPUTY NICK SHEEHAN; DEPUTY WRIGHT;
   DEPUTY JACOB THRALL; DEPUTY CHILANG
8

9  KEVIN W. HARRIS SBN 133084
   Attorney at Law
10 1387 Garden Hwy., Ste. 200
   Sacramento, CA 95833
11 Tel.: (916) 271-0688
   Fax: (855) 800-4454
12
   Attorney for Plaintiff,
13 CHONG VANG

14
# UNITED STATES DISTRICT COURT
15
# EASTERN DISTRICT OF CALIFORNIA
16

17

| | |
|---|---|
| CHONG VANG, | No.: 2:15-cv-02468 JAM EFB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO STAY ENTIRE ACTION PENDING COMPLETION OF SETTLEMENT CONFERENCE** |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SGT. ERIN McATEE; DEPUTY RYAN TRAPANI (BADGE No. 1395); DEPUTY NICK SHEEHAN (BADGE No. 524); DEPUTY WRIGHT (BADGE No. 32); DEPUTY JACOB THRALL (BADGE No. 1215); DEPUTY CHILANG (BADGE No. 1399) and DOES 1 – 40, | |
| Defendants. | |

28        WHEREAS on May 26, 2015, an action was commenced in the Superior Court of the

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO RESPOND;
ORDER THEREON
Case No.  2:15-cv-02468 JAM EFB

1

State of California for the County of Sacramento, entitled Chong Vang, Plaintiff vs. County of Sacramento, et al., Defendants, Case No. 34-2015-00179654;

WHEREAS on November 30, 2015, Plaintiff's complaint was removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(a);

WHEREAS the case was assigned to United States District Judge John A. Mendez;

WHEREAS pursuant to the Court's standing order on filing requirements, counsel for Plaintiff and Defendant County met and conferred by phone on November 30, 2015, and by letter on December 1, 2015, and agreed on a desire to avoid unnecessary motions practice and discuss resolution of the case;

WHEREAS counsel stipulated and this Court so ordered that Defendants' deadline to file a response be extended from December 7, 2015, to January 6, 2016;

WHEREAS the parties filed additional stipulations, approved by the court, extending defendant's responsive pleading date to May 9, 2016 (Doc. Nos. 8 and 11);

WHEREAS counsel for Plaintiff and Defendant County are engaged in sincere and earnest settlement negotiation;

WHEREAS several demands and offers have been exchanged between the parties during the last four months, but the parties have been unable to informally resolve this matter.

WHEREAS the parties have agreed to attend a settlement conference with Magistrate Judge Kendall Newman, and have reserved the date of August 17, 2016 through V.D.R.P. Coordinator Sujean Park on May 5, 2016.

WHEREAS counsel for the parties maintain their wish to avoid unnecessary motions practice and pursue resolution of this matter;

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1. That the Court vacate all currently set dates in this matter and enter an order staying all proceedings until after the parties complete the scheduled settlement conference with Magistrate Judge Kendall Newman on August 17, 2016; and

2. If the matter is not settled at settlement conference, Defendants County of

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO RESPOND;
ORDER THEREON
Case No.  2:15-cv-02468 JAM EFB

2

Sacramento and Sacramento County Sheriff's Department shall have until August 29, 2016, to respond to Plaintiff's Complaint in any manner authorized by Rule 12 of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATE: May 6, 2016                    CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendants COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SGT. ERIN MCATEE; DEPUTY RYAN TRAPANI; DEPUTY NICK SHEEHAN; DEPUTY WRIGHT; DEPUTY JACOB THRALL; DEPUTY CHILANG

DATE: May 6, 2016                    /s/ Kevin W. Harris
KEVIN W. HARRIS
Attorney for Plaintiff CHONG VANG

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. All dates currently set are vacated and this matter is stayed pending completion of a settlement conference before Magistrate Judge Kendall Newman on August 17, 2016 at 9:30 AM;

2. If the case does not settle, Defendants County of Sacramento and Sacramento County Sheriff's Department shall have until August 29, 2016, to respond to Plaintiff's Complaint in any manner authorized by Rule 12 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATE: May 6, 2016                    /s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO RESPOND;
ORDER THEREON
Case No.  2:15-cv-02468 JAM EFB

3