CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants,
COUNTY OF SACRAMENTO; SACRAMENTO
COUNTY SHERIFF'S DEPARTMENT; SGT.
ERIN McATEE; DEPUTY RYAN TRAPANI;
DEPUTY NICK SHEEHAN; DEPUTY WRIGHT;
DEPUTY JACOB THRALL; DEPUTY CHILANG

KEVIN W. HARRIS SBN 133084
Attorney at Law
1387 Garden Hwy., Ste. 200
Sacramento, CA 95833
Tel.: (916) 271-0688
Fax: (855) 800-4454

Attorney for Plaintiff,
CHONG VANG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONG VANG,<br><br>           Plaintiff,<br><br>     vs.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SGT. ERIN McATEE; DEPUTY RYAN TRAPANI (BADGE No. 1395); DEPUTY NICK SHEEHAN (BADGE No. 524); DEPUTY WRIGHT (BADGE No. 32); DEPUTY JACOB THRALL (BADGE No. 1215); DEPUTY CHILANG (BADGE No. 1399) and DOES 1 – 40,<br><br>           Defendants. | No.: 2:15-cv-02468 JAM EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISMISSAL** |

WHEREAS the parties to this action have agreed on a settlement;

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO FILE DISMISSAL
Case No.  2:15-cv-02468 JAM EFB

1

WHEREAS the settlement documents have been prepared and signed;

WHEREAS the settlement terms required that three checks be issued, two of which have been provided to plaintiff;

WHEREAS the third settlement check has been ordered but not yet received;

WHEREAS the Court has ordered the filing of the dismissal by October 17, 2016;

NOW THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1. The parties request that the Court extend the time for filing the dismissal from October 17, 2016 to October 31, 2016 so plaintiff may receive the third settlement check which has been ordered from the County of Sacramento before filing the dismissal of the action.

IT IS SO STIPULATED.

DATE:  October 17, 2016          CREGGER & CHALFANT LLP

*/s/ Robert L. Chalfant*
ROBERT L. CHALFANT
Attorneys for Defendants COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SGT. ERIN MCATEE; DEPUTY RYAN TRAPANI; DEPUTY NICK SHEEHAN; DEPUTY WRIGHT; DEPUTY JACOB THRALL; DEPUTY CHILANG

DATE: October 17, 2016          */s/ Kevin W. Harris*
KEVIN W. HARRIS
Attorney for Plaintiff CHONG VANG

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO FILE DISMISSAL
Case No.  2:15-cv-02468 JAM EFB

2

## ORDER

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT: The time for filing the dismissal document be extended from October 17, 2016 to October 31, 2016 so plaintiff may receive the third settlement check which has been ordered from the County of Sacramento before filing the dismissal of the action.

DATE: 10/17/2016                    /s/ John A. Mendez_____
                                    HON. JOHN A. MENDEZ
                                    UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: EXTENSION OF TIME TO FILE DISMISSAL
Case No.  2:15-cv-02468 JAM EFB

3